IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JIMMY D. BALL                                                                                               PLAINTIFF

v.                                              CIVIL NO. 2:15-2209-MEF

CAROLYN COLVIN, Acting Commissioner
Social Security Administration                                                               DEFENDANT

## **JUDGMENT**

For the reasons stated in this Court's Order, the Plaintiff's Complaint is hereby dismissed.

The clerk is ordered to dismiss the complaint without prejudice.

DATED this the 25th day of January, 2016.

/s/ Mark E. Ford
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE